IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITES STATES OF AMERICA<br>Plaintiff | § § § § |
| V. | §   CIVIL ACTION NO. 4:09-CV-04069 |
| $31,660.00 IN U.S. CURRENCY<br>Defendant | § § § § |

## SEIZED ASSET CLAIM

NAME:              Imran Khan and Farida Khan

ADDRESS:           11415 Amber Valley Ct., Houston, TX 77066

TELEPHONE NO.:     281-580-4808

DATE OF SEIZURE:   November 22, 2009

SEIZURE LOCATION:  Houston, Texas, George Bush Intercontinental Airport

## PART I

Imran Khan and Farida Khan hereby make their claim as follows:

<u>Items claimed:</u>        $31,660.00 in U.S. currency.

## PART II

This currency ($31,660.00) is money we borrowed from our credit cards in order to run our convenience store business in Houston, Texas.

## PART III

Claimants, Imran Khan and Farida Khan hereby assert their interest in the $31,660.00 in U.S. currency and seek its return and furthermore assert the right to defend the forfeiture action.

DATED: January 28, 2010

_____
IMRAN KHAN

FARIDA KHAN
_____
FARIDA KHAN


### VERIFICATION

I declare under penalty of perjury as provided by 28 USC § 1746, that I am a claimant in the above-referenced proceeding.

_____
IMRAN KHAN

**SUBSCRIBED AND SWORN TO BEFORE ME** on January 28, 2010, by **IMRAN KHAN**.

_____
Notary Public, State of Texas

### VERIFICATION

I declare under penalty of perjury, as provided by 28 USC § 1746, that I am a claimant in the above-referenced proceeding.

FARIDA KHAN
_____
FARIDA KHAN

**SUBSCRIBED AND SWORN TO BEFORE ME** on January 28, 2010, by **FARIDA KHAN**.

_____
Notary Public, State of Texas

2

## CERTIFICATE OF SERVICE

I hereby certify that on this the 28th day of January, 2010, a copy of the foregoing claim was mailed postage prepaid to: Albert Ratliff, Assistant U.S. Attorney, United States Attorney's Office, POB 61129, Houston, TX 77208.

ROBERT A. MCALLISTER, JR.
AJ# 6983
Regency Square Tower
6200 Savoy, Suite 630
Houston, TX 77036
Tel: 713-776-0900
Fax: 713-776-1414

**ATTORNEY FOR IMRAN AND FARIDA KHAN**